11.7.14

United States District Court
District of Massachusetts

Allen A. Curry, Et Als
   Plaintiff

v.

City of Boston, Et Als
   Defendant

FILED
IN CLERKS OFFICE
2014 NOV 7 PM 2 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Complaint

1. Yes, the plaintiff and defendant is a resident of the same jurisdiction, Citizen of the United States.

2. Yes, the defendant is City of Boston Fire Department, Et Als  No. 59905 Civil Case in Superior Court

3. The defendant, City of Boston Fire Department, Et Als, is a Company which does reside in the jurisdiction, Eastern part of Massachusetts.

Allen A. Curry
Apt. # 4   22 Winthrop Street  Roxbury, MA. 02119
Home (617) 445-5459    Cell 857-492-4637

11.7.14

## Facts

Trial facts from 1988 and prior facts, whereas Firefighter Allen Curry, Engine 52 was severely insured on March 15, 1981 while on duty at the Franklin Field Fire House; and The Boston Retirement Board, in February, 1982, ruled in favor of Firefighter Allen Curry.

Support with the accompanied Home Rule Petition and did grant retirement.

The relief sought by Allen Curry, Plaintiff is the 28 percent from the 100% of the Home Rule petition/1988 since 1981, March 15, 1981 which is due from the Trial in 1988, end of Superior Court case No. 59905.
Wherefore, The Plaintiff, Allen Curry demands judgement against the defendant for damages and such other relief as this Court deems just. Requesting Jury Trial by Plaintiff.

The plaintiff is demanding a jury trial