UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALLEN CURRY,  )
    Plaintiff,  )
                )
    v.  )    C.A. No. 14-14115-DPW
                )
CITY OF BOSTON,  )
    Defendant.  )

ORDER
March 12, 2015

In an order dated January 13, 2015, I denied without prejudice the plaintiff Allen Curry's motion for leave to proceed *in forma pauperis*. I directed him either to pay the $400 filing fee or file a renewed motion for leave to proceed *in forma pauperis* within thirty-five days. I warned Mr. Curry that failure to comply with the order could result in dismissal of the action.

The deadline for complying with the January 13, 2015 has passed without any response from the plaintiff.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee. The motion to dismiss (#5) shall be terminated as moot.

SO ORDERED.

                        /s/ Douglas P. Woodlock
                        DOUGLAS P. WOODLOCK
                        UNITED STATES DISTRICT JUDGE